**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MARCUS QUINN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:22-CV-01015-SDJ- |
| v. | § | AGD |
| | § | |
| CITY OF CARROLLTON, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2024, the Report and Recommendation of the Magistrate Judge, (Dkt. #27), was entered containing proposed findings of fact and the recommendation that Defendant City of Carrollton's Motion to Dismiss (Dkt. #22) be granted in part and denied in part and that Defendant Texas Workforce Commission's Motion to Dismiss (Dkt. #23) be granted. The Report further recommended that Plaintiff Marcus Quinn's Counts II–VIII against Defendant City of Carrollton be dismissed without prejudice and that Plaintiff's Marcus Quinn's case against Defendant Workforce Commission be dismissed with prejudice. No Party filed objections to the Report. Having assessed the Report and the record in this case, Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. Accordingly,

It is therefore **ORDERED** that Defendant City of Carrollton's Motion to Dismiss (Dkt. #22) is **GRANTED in part** and **DENIED in part**. It is further **ORDERED** that Defendant Texas Workforce Commission's Motion to Dismiss (Dkt. #23) is **GRANTED**. It is further **ORDERED** that Plaintiff Marcus Quinn's Counts II–VIII against Defendant City of Carrollton are **DISMISSED WITHOUT PREJUDICE**. It is finally **ORDERED** that Plaintiff's Marcus Quinn's case against Defendant Workforce Commission is **DISMISSED WITH PREJUDICE**. All relief not previously granted is **DENIED**.

**So ORDERED and SIGNED this 25th day of September, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE